# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MICHAEL BERK, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | CASE NO. 3:18-CV-1349-M-BK |
| EXECUTIVE OFFICE OF UNITED § | |
| STATES ATTORNEYS, § | |
| § | |
| DEFENDANT, § | |
| § | |
| V. § | |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| HOMELAND SECURITY, ET AL., § | |
| § | |
| DEFENDANTS. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. With respect to Defendant's request for documents relating to the New Hampshire prosecution, Plaintiff's counsel apparently narrowed his request to exclude such documents, at least in connection with the challenged production. *See* Doc. 69-5 at 224. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' *Motion for Summary Judgment* is **GRANTED** and Plaintiff's *Motion for Partial Summary Judgment* is **DENIED**.

The Court prospectively **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 & n.21 (5th Cir. 1997). Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (per curiam).[1] In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

SIGNED this 10th day of May, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

---

[1] Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order. A timely notice of appeal must be filed even if the court certifies an appeal as not taken in good faith.